IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| CHARLOTTA SAPP PRICE, | : |
| Plaintiff, | : |
| v. | : |
| HANOVER FOODS CORPORATION, | : Civil Action No.: MJG 00 CV 3511 |
| Defendant. | : |

## ORDER

On this 27th day of February, 2001, the Motion for Pro Hac Vice Admission of Mark Blondman, Esquire having been considered,

IT IS HEREBY ORDERED, that the Motion is GRANTED subject to the payment of the $50.00 filing fee to Clerk of the Court.

_____
Judge, U.S. District Court

/hanvoer/pleadings/prohacvice.wpd

