# BLANK ROME COMISKY & MCCAULEY LLP

Counselors at Law

Direct Dial:   (410) 659-3950
Email:         iley@blankrome.com

*Delaware*
*Florida*
*Maryland*
*New Jersey*
*New York*
*Pennsylvania*
*Washington, DC*

May 16, 2001

## Hand Delivery, Chambers Only

The Honorable Marvin J. Garbis
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS

MAY 1 6 2001

UNITED STATES DISTRICT COURT

Re:   Charlotta Sapp Price v. Hanover Foods Corporation
      Civil Action No. MJG 00-CV-3511

Dear Judge Garbis:

The parties provide the following status report on the above-captioned matter:

a.   **Discovery**

Discovery closes on May 18, 2001. As of this date, the parties have completed discovery with the exception of one deposition. Defendant had noted the deposition of Plaintiff's expert for May 11, 2001. The parties agreed to postpone this deposition as they were discussing settlement options and wanted to spare needless expense. Defendant was unable to reschedule Plaintiff's expert before the close of discovery due to the expert's patient treatment and vacation schedule. The expert has agreed to reschedule the deposition at a mutually convenient time upon his return from vacation. The parties have discussed this issue, and mutually consent to proceed with the deposition as soon as it can be rescheduled.

b.   **Pending Motions**

No motions are pending at this time.

c.   **Dispositive Pretrial Motions**

The Plaintiff does not intend to file a dispositive motion at this time. The Defendant has not reached a final decision as to whether it will file a dispositive pre-trial motion. In light of the fact that the parties have mutually requested a Settlement Conference in paragraph f, *supra*, the parties mutually request that the Court revise the Scheduling Order and extend the dispositive motion filing deadline from June 18, 2001 to a date thirty (30) days after the conclusion of the court-ordered settlement conference.

*[Handwritten annotation: Request granted this 16th day of May, 2001. /s/ Marvin J. Garbis]*

250 West Pratt Street, Suite 1100 • Baltimore, Maryland 21201 • 410.659.1400 • Fax: 410.659.1414
www.blankrome.com

# BLANK ROME COMISKY & MCCAULEY LLP

The Honorable Marvin J. Garbis
May 16, 2001
Page 2

    d.    <u>Type of Trial</u>

The case is to be tried to a jury.

    e.    <u>Settlement Negotiations</u>

The parties have met and entered into good faith settlement negotiations. Settlement discussions took place via conference on or around May 14, 2001 between counsel for Plaintiff Robin Cockey, and counsel for Defendant, Mark Blondman. The parties were unable to reach a final resolution of this matter.

    f.    <u>ADR or Settlement Conference</u>

The parties believe that there is still a possibility of resolving this case, and mutually request that this matter be referred to another judge of the Court for a settlement conference. The parties request that such a conference be scheduled at the Court's earliest convenience.

    g.    <u>Consent to U.S. Magistrate Judge</u>

At this time, the parties do not consent to have a U.S. Magistrate Judge conduct further proceedings in this case, with the exception of the settlement conference.

Respectfully Submitted,

| COCKEY, BRENNAN | BLANK ROME COMISKY |
| & MALONEY, PC | & McCAULEY LLP |

*Robin R. Cockey w/ permission BTI*

| Robin R. Cockey, Esquire | Brooke Thomas Iley, Esquire |
| 116 West Main Street | U.S.D.C. MD Bar No. 023136 |
| Suite 305 | 250 West Pratt Street, Suite 1100 |
| Salisbury, MD 21801 | Baltimore, Maryland 21201 |

Counsel for Plaintiff,
Charlotta Sapp-Price

Mark Blondman, Esquire
The Farragut Building
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006

Counsel for Defendant,
Hanover Foods Corporation

BTI:ecg

# BLANK ROME COMISKY & MCCAULEY LLP

The Honorable Marvin J. Garbis
May 16, 2001
Page 3

bcc:    Gary Knisely

K:\DOCS\101361 Hanover Foods\00204 Price, Charlotta Sapp\Pleadings\status report Judge Garbis-5-18-01.wpd