UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

September 27, 2001

Robin Cockey, Esquire
116 West Main Street, Suite 305
Salisbury, MD 21801

Mark Blondman, Esquire
900 17th Street, NW, Suite 1000
Washington, D.C. 20006

SEP 27 2001

Re:   Price v. Hanover Foods Corporation, MJG 00-3511

Dear Counsel:

This letter will confirm that the **second** settlement conference in the above-captioned case is scheduled for **Friday, October 5, 2001** at **1:00 p.m.**

Very truly yours,

Charles B. Day
United States Magistrate Judge

cc:   Judge Garbis
      Court File

C/S 9/27/01
MGS

