IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CHARLOTTA SAPP PRICE, | : | |
| Plaintiff, | : | |
| v. | : | |
| HANOVER FOODS CORPORATION, | : | Civil Action No.: MJG 00 CV 3511 |
| Defendant. | : | |

### STIPULATION OF DISMISSAL OF ALL CLAIMS

Plaintiff, Charlotta Sapp Price and Defendant, Hanover Foods Corporation, by their undersigned attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41 (a)(1), to dismiss the action entitled <u>Charlotta Sapp Price v. Hanover Foods Corporation</u>, Civil Action No. MJG 00 CV 3511, with prejudice.

Respectfully submitted,

COCKEY, BRENAN & MALONEY, PC    BLANK ROME COMISKY & McCAULEY LLP

_____         _____
Robin R. Cockey, Esquire                Brooke Thomas Iley, Esquire
Bar No. 02657                           U.S.D.C. MD Bar No.: 023136
116 West Main Street, Suite 305         250 West Pratt Street, Suite 1100
Salisbury, MD 21801                     Baltimore, Maryland 21201
(410) 546-1750                          (410) 659-1400

Counsel for Plaintiff                   Counsel for Defendant
Charlotta Sapp Price                    Hanover Foods Corporation

Dated: 11-6-01                          Dated: 11-7-01

Approved this 8th day of November, 2001

_____
Marvin J. Garbis
United States District Judge

1

101361.00204/50175628v1

# BLANK ROME COMISKY & MCCAULEY LLP

*Counselors at Law*

*Direct Dial:* (410) 659-3950
*Email:* iley@blankrome.com

*Delaware*
*Florida*
*Maryland*
*New Jersey*
*New York*
*Pennsylvania*
*Washington, DC*

November 7, 2001

<u>*Via U.S. Mail*</u>

Clerk
United States District Court for the District of Maryland
U.S. Courthouse, Room 4415
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Charlotta Sapp Price v. Hanover Foods Corporation
           <u>*Civil Action No. MJG 00-CV-3511*</u>

Dear Clerk:

Enclosed with this letter, please find one (1) original Stipulation of Dismissal of All Claims with an additional copy for your records, and one (1) copy to be date stamped and returned to us via the self-addressed, postage pre-paid enclosed envelope.

Thank you.

                              Very truly yours,

                              Brooke T. Iley

BEI:dfw
Encl.

cc:    Robin Cockey
       Gary Knisley
       Mark Blondman